371 A.2d 518

Jacob Greenberg & Sons, Inc. v. Melvin Kolb, Inc., Appellant.

Argued September 17, 1976. Robert H. Reese, Jr., with him Arnold, Bricker, Beyer & Barnes, for appellant; James P. Coho, with him Marshall M. Cohen, for appellee.

Judgment and order affirmed.